808 A.2d 96

IN THE MATTER OF ROBERT W. HOCK, AN ATTORNEY AT LAW (ATTORNEY NO. 013231991)

October 24, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02-048, concluding that by way of reciprocal discipline pursuant to *Rule* 1:20-14, **ROBERT W. HOCK of MARCO ISLAND, FLORIDA,** who was admitted to the bar of this State in 1991, should be reprimanded, respondent having been disciplined in the State of New York for conduct that in New Jersey would be in violation of *RPC* 3.3(a)(1) (making a false statement of fact to a tribunal), *RPC* 3.3(a)(4) (offering evidence known to be false), *RPC* 8.4(b) (criminal act reflecting adversely on attorney's fitness to practice law), and *RPC* 8.4(c) (dishonesty, fraud, deceit or misrepresentation);

And the Court having determined that pursuant to *Rule* 1:20–14(a)(E)(4), the appropriate discipline for respondent's ethical

violations is a one-year suspension retroactive to the date of respondent's New York suspension;

And good cause appearing;

It is ORDERED that **ROBERT W. HOCK** is suspended from the practice of law for a period of one year, retroactive to June 16, 2000, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.